UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
2025 JUL -9 P 1:17

| UNITED STATES OF AMERICA | ) | CASE NO: |
|---|---|---|
| v. | ) ) ) | |
| ASHLEY BROWN, ET AL. | ) ) | CR225-014 |

### GOVERNMENT'S MOTION TO SEAL INDICTMENT

COMES NOW, the United States of America, by and through Tara M. Lyons, Acting United States Attorney for the Southern District of Georgia, and the undersigned Assistant United States Attorney, and moves the Court pursuant to S.D. Ga. L. Crim. R. 49.1 to seal the Indictment in the above-captioned case, showing the Court as follows:

1. On July 8, 2025, a Grand Jury sitting in the Southern District of Georgia returned an Indictment charging the above-mentioned Defendants with a violation of the United States Code.

2. The Court in accepting indictments from a Grand Jury "may direct that the indictment be kept secret until the defendant is in custody or has been released pending trial." Fed. R. Crim. Pro. 6(e)(4).

3. Multiple defendants named in this Indictment are not presently in custody.

4. The United States respectfully requests that the Indictment and this motion be sealed. The United States maintains that these pleadings should remain under seal unless and until contrary order of the Court. Two reasons support this

1

request. First, because the Government is aware that criminals upon learning that they are under indictment or charged with a crime often attempt to avoid capture. Second, the secrecy of the Grand Jury is paramount and premature acknowledgement that there is an investigation into the above-mentioned defendants' conduct would threaten that secrecy.

5. The proposed sealed documents should remain sealed in their entirety until circumstances warrant unsealing the documents, specifically (1) a party filing a motion to unseal and the Government's response, if any such motion is filed, or (2) the Court otherwise orders the documents unsealed upon consideration of the factors set forth in 18 U.S.C. § 2705(a)(2) (as referenced by 18 U.S.C. § 3103a(b)(1)) or other factors under law. LR Crim 49.1(b)(1)(D).

6. The United States further requests that that access and use of the sealed materials be limited to the Court, the United States Marshal's Service, the Federal Bureau of Investigation, the Department of Justice Office of the Inspector General, and the Government.

WHEREFORE, the Government respectfully moves the Court to grant this motion.

Respectfully submitted this 9th day of July 2025.

                TARA M. LYONS
                ACTING UNITED STATES ATTORNEY

                */s/ Bradley R. Thompson*

                Bradley R. Thompson
                Assistant United States Attorney
                Georgia Bar No. 706187